UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

Order Filed on May 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Maria Enrico

Debtor.

Case No.:   17-10052

Chapter:    13

Judge:      VFP

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 17, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____02/15/2017_____ :

Property:   99 Suncrest Avenue, North Haledon, NJ 07508

Creditor:   Emigrant Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____08/10/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2