Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−10052−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Enrico
   aka Maria Hensz
   99 Suncrest Avenue
   North Haledon, NJ 07508

Social Security No.:
   xxx−xx−3136

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      6/15/17
Time:      02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
David L Stevens, Debtor's Attorney

COMMISSION OR FEES
Fee: $4,441.16

EXPENSES
$0.00

---

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 18, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-10052-VFP
Maria Enrico                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2        Date Rcvd: May 18, 2017
                            Form ID: 137              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
db             +Maria Enrico,    99 Suncrest Avenue,    North Haledon, NJ 07508-2444
cr             +Synchrony Bank c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516576830      +Awa Collections,    Po Box 6605,    Orange, CA 92863-6605
516576831      +Celentano, Stadtmauer & Walentowicz,    1035 Route 46 East,    PO Box 2595,
                Clifton, NJ 07015-2595
516812615      +Emigrant Residential, LLC,    Law Offices of,    Knuckles, Komosinski & Manfro, LLP,
                565 Taxter Road, Suite 590,    Elmsford, New York 10523-2300
516576833      +Emigrant Residential, LLC,    5 East 42nd Street,    New York, NY 10017-6904
516755799      +Hackensack Univ Med Ctr,    c/o Celentano Stadtmauer & Walentowicz L,    PO Box 2594,
                Clifton, NJ 07015-2594
516576834      +Hackensack Univeristy Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
516576835      +Knuckles, Komosinski & Manfro, LLP,    565 Taxter Road,    Suite 590,    Elmsford, NY 10523-2300
516576836     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054)
516694188      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
516629791      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 18 2017 22:17:59    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2017 22:17:55    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516576829       E-mail/Text: ebn@americollect.com May 18 2017 22:18:04    Americollect Inc,    Po Box 1566,
                Manitowoc, WI 54221
516576832      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 18 2017 22:18:38
                Credit Control Service,    Po Box 607,    Norwood, MA 02062-0607
516821218      +E-mail/Text: ebn@americollect.com May 18 2017 22:18:04    Imaging Subspecialist North Jersey,
                c/o Americollect,    PO Box 1566,    Manitowoc, WI 54221-1566
516656227      +E-mail/PDF: gecsedi@recoverycorp.com May 18 2017 22:19:37    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516576837      +E-mail/Text: vci.bkcy@vwcredit.com May 18 2017 22:18:06    Vw Credit Inc,    2333 Waukegan Rd,
                Deerfield, IL 60015-5508
                                                                                       TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Maria  Enrico cbalala@scurameeley.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Maria  Enrico dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
               y.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: May 18, 2017
                             Form ID: 137               Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5