Order Filed on June 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Christopher J. Balala (Attorney ID 030732010)
Counsel for Debtor

In Re:

**MARIA ENRICO**,

       Debtor.

Case No.: 17-10052

Chapter 13

Judge: Honorable Vincent F. Papalia
Hearing Date and Time:
May 4, 2017 @ 11:00 a.m.

## ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: June 30, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: Maria Enrico
Case No.: 17-10052-VFP
Caption of Order: ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

UPON the motion of Maria Enrico, by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order approving the settlement between Maria Enrico and AMS Mesh pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the moving papers, the objection thereto, if any, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Application is in the best interest of the Debtor and her estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The Motion is hereby granted in its entirety.

2. Pursuant to Fed. R. Bankr. P. 9019, the Full Release of Claims and Demands, annexed to the Debtor's Motion and the transactions represented thereby be and are hereby approved in all respects.

3. The parties to the release are hereby authorized and directed to enter into and execute any and all other documents necessary to effectuate the Settlement Agreement.

4. This Court shall retain jurisdiction of this matter for the purpose of enforcing this Order or to take such other action as the Court deems necessary, consistent with the Settlement Agreement.