| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel: (973) 696-8391<br>Counsel for the Debtor | **Order Filed on August 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>  Maria Enrico,<br><br>                                    Debtor. | Case No.:        17-10052<br><br>Chapter:              13<br><br>Judge:              VFP |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

   The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2017**

_____
 **Honorable Vincent F. Papalia
 United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____02/15/2017_____ :

Property:    99 Suncrest Avenue, North Haledon, NJ 07508

Creditor:    Emigrant Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/10/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-10052-VFP
Maria Enrico                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 17, 2017
                 Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.
db              +Maria Enrico,    99 Suncrest Avenue,    North Haledon, NJ 07508-2444
aty             +Bailey Peavy Bailey,    440 Louisiana St. # 2100,    Houston, TX 77002-4206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
      Christopher J. Balala    on behalf of Debtor Maria  Enrico cbalala@scuramealey.com,
       ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
      David L. Stevens    on behalf of Debtor Maria  Enrico dstevens@scuramealey.com,
       cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
      Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Joseph M. Shapiro    on behalf of Creditor Adam  Swid jshapiro@middlebrooksshapiro.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                                   TOTAL: 6