

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   MARIA ENRICO

**Order Filed on November 20, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  17-10052 VFP**

**Hearing Date:  11/16/2017**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 20, 2017**

_____
    **Honorable Vincent F. Papalia**
    **United States Bankruptcy Judge**

Debtor(s):  MARIA ENRICO

Case No.:  17-10052

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/16/2017 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must convert Chapter 13 case to Chapter 7 case by 11/27/2017 or the case

  will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the

  above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's

  Attorney.