Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−10052−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Enrico
   aka Maria Hensz
   99 Suncrest Avenue
   North Haledon, NJ 07508

Social Security No.:
   xxx−xx−3136

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/29/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 30, 2017
JAN: jf

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-10052-VFP
Maria Enrico                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 30, 2017
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db         +Maria Enrico,   99 Suncrest Avenue,   North Haledon, NJ 07508-2444
aty        +Bailey Peavy Bailey,   440 Louisiana St. # 2100,   Houston, TX 77002-4206
cr         +Adam Swid,   c/o Middlebrooks Shapiro, P.C.,   841 Mountain Avenue,   First Floor,
             Springfield, NJ 07081-3437
cr         +Emigrant Residential, LLC,   Knuckles, Komosinski & Manfro, LLP,   565 Taxter Road, Suite 590,
             Elmsford, NY 10523-2300
516576830  +Awa Collections,   Po Box 6605,   Orange, CA 92863-6605
516576831  +Celentanto, Stadtmauer & Walentowicz,   1035 Route 46 East,   PO Box 2595,
             Clifton, NJ 07015-2595
516812615  +Emigrant Residential, LLC,   Law Offices of,   Knuckles, Komosinski & Manfro, LLP,
             565 Taxter Road, Suite 590,   Elmsford, New York 10523-2300
516576833  +Emigrant Residential, LLC,   5 East 42nd Street,   New York, NY 10017-6904
516755799  +Hackensack Univ Med Ctr,   c/o Celentano Stadtmauer & Walentowicz L,   PO Box 2594,
             Clifton, NJ 07015-2594
516576834  +Hackensack Univeristy Medical Center,   PO Box 48027,   Newark, NJ 07101-4827
516576835  +Knuckles, Komosinski & Manfro, LLP,   565 Taxter Road,   Suite 590,   Elmsford, NY 10523-2300
516694188  +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
516629791  +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 30 2017 23:06:32      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 30 2017 23:06:29      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr         +EDI: RMSC.COM Nov 30 2017 22:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
             PO BOX 41021,   Norfolk, VA 23541-1021
516576829   E-mail/Text: ebn@americollect.com Nov 30 2017 23:06:37      Americollect Inc,   Po Box 1566,
             Manitowoc, WI 54221
516576832  +EDI: CCS.COM Nov 30 2017 22:43:00      Credit Control Service,   Po Box 607,
             Norwood, MA 02062-0607
516821218  +E-mail/Text: ebn@americollect.com Nov 30 2017 23:06:37      Imaging Subspecialist North Jersey,
             c/o Americollect,   PO Box 1566,   Manitowoc, WI 54221-1566
516656227  +EDI: RMSC.COM Nov 30 2017 22:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
516576836   EDI: TFSR.COM Nov 30 2017 22:43:00      Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
             Parsippany, NJ 07054
516576837  +E-mail/Text: vci.bkcy@vwcredit.com Nov 30 2017 23:06:40      Vw Credit Inc,   2333 Waukegan Rd,
             Deerfield, IL 60015-5508
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
          Christopher J. Balala    on behalf of Debtor Maria  Enrico cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          David L. Stevens    on behalf of Debtor Maria  Enrico dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com;dmedina@scura.com

```
District/off: 0312-2          User: admin                Page 2 of 2           Date Rcvd: Nov 30, 2017
                              Form ID: 148               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joseph M. Shapiro    on behalf of Creditor Adam  Swid jshapiro@middlebrooksshapiro.com
          Karen B. Olson    on behalf of Creditor    Emigrant Residential, LLC kbo@kkmllp.com,  nmm@kkmllp.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 7