UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   MARIA ENRICO

Order Filed on November 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    17-10052 VFP

Chapter:    13

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: November 29, 2017

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 17-10052

Caption of Order: Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 11/20/2017 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Maria Enrico  
    Debtor

Case No. 17-10052-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 30, 2017  
                    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.  
db         +Maria Enrico,    99 Suncrest Avenue,    North Haledon, NJ 07508-2444  
aty        +Bailey Peavy Bailey,    440 Louisiana St. # 2100,    Houston, TX 77002-4206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:  
        Christopher J. Balala    on behalf of Debtor Maria   Enrico cbalala@scuramealey.com,  
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com  
        David L. Stevens    on behalf of Debtor Maria   Enrico dstevens@scuramealey.com,  
         cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale y.com;dmedina@scura.com  
        Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Joseph M. Shapiro    on behalf of Creditor Adam   Swid jshapiro@middlebrooksshapiro.com  
        Karen B. Olson    on behalf of Creditor     Emigrant Residential, LLC kbo@kkmllp.com,    nmm@kkmllp.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                  TOTAL: 7